

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00358-CV

George T. **CHANEY** and Medina County,
Appellants

v.

Simon **CAMACHO** and Felipe Camacho,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-03-20524-CV
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from George T. Chaney.

SIGNED December 11, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice